UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES FOR THE MICHIGAN CARPENTERS
COUNCIL PENSION FUND, TRUSTEES FOR THE
MICHIGAN CARPENTERS COUNCIL HEALTH
AND WELFARE FUND, TRUSTEES FOR THE                Case No. 4:00-cv-128
MICHIGAN CARPENTERS COUNCIL
APPRENTICESHIP AND TRAINING FUND, THE             Hon. Hugh W. Brenneman, Jr.
MICHIGAN CHAPTER, ASSOCIATED GENERAL
CONTRACTORS OF AMERICA, THE MICHIGAN
REGIONAL COUNCIL OF CARPENTERS AND ALL
AFFILIATED LOCALS,

        Plaintiffs,

v.

CARPENTER & COOPER CONSTRUCTION,
INC., a Michigan Corporation,

        Defendant.
_____/

## ORDER RENEWING JUDGMENT

        AT A SESSION OF SAID COURT HELD IN THE
        U.S. DISTRICT COURT FOR THE WESTERN
        DISTRICT OF MICHIGAN THIS 9TH DAY OF
        JUNE, 2010.

        PRESENT:   Hon. Hugh W. Brenneman, Jr.
                           U.S. Magistrate Judge

Before this Court is Plaintiffs' Motion to Renew Judgment (docket no. 22). The motion is unopposed. For the reasons set forth in the motion,

        **IT IS HEREBY ORDERED** that the October 19, 2001 Judgment entered against Defendant in the amount of $148,401.17 shall renew for a period of ten (10) years commencing from the date of October 19, 2011, including all judgment and statutory costs which are

appropriate.

**IT IS FURTHER ORDERED** that Plaintiffs shall be entitled to collect their reasonably attorney fees and costs in the enforcement of this Judgment.

/s/ Hugh W. Brenneman, Jr.
HUGH W. BRENNEMAN, JR.
United States Magistrate Judge
